Darnell Lamont Futch  
55 Matlock  
Mesa, Arizona, 85203

Motion to Reconsider

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF ARIZONA

Darnell Lamont Futch

Vs.



Health and Human Services, Arizona Heath Care Cost Containment System, Department of Economic Security, State Arizona Legislature

CV-12-2687-PHX-GMS

### Complaint

The claim against health care system is they can't diagnose me, however they understand that I'm sick but they don't have a method to treat me. Without treatment I will die and Health and Human Services won't treat me. There tring to kill me..because if I die Health and Human Services won't have to pay me 30 years in disability back pay...and that's motive for murder.

### Demand

I need that money to pay for the medical treatment.

February 8, 2013

Darnell Lamont Futch  
55 Matlock  
Mesa, Arizona, 85203